An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
STEVEN GRIERSON,
Respondent.

No. 59731

**FILED**

SEP 2 5 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DISMISSING PETITION*

On November 23, 2011, this petition was docketed in this court without payment of the requisite filing fee. On August 27, 2014, this court entered an order requesting further documents and petitioner was cautioned that failure to respond within 10 days would result in the dismissal of this appeal. To date, petitioner has not paid the filing fee or otherwise communicated with this court. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

_____, C.J.

cc:     Percy Lavae Bacon
        Attorney General/Carson City
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31940